UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:05-CV-330-TBR

CARY A. THALE                                                                                        PLAINTIFF

v.

COLLECTOR IMPORTS, LLC
and CARLA YATES-BREMER                                           DEFENDANTS

**ORDER**

This matter having come before the Court upon Defendants' Motion for Partial Summary Judgment and the Plaintiff's Motion for Summary Judgment; the Court having reviewed the record; the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment is DENIED and the Plaintiff's Motion for Summary Judgment is DENIED.