UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:05-CV-00330-TBR

CARY A. THALE                                                                                            PLAINTIFF

v.

COLLECTOR IMPORTS, LLC,                                                                       DEFENDANTS
AND CARLA YATES-BREMER

**OPINION AND ORDER**

This matter is before the Court on Defendants', Collector Imports, LLC and Carla Yates-Bremer, Motion for Leave to File a Surreply (Docket #51) in response to Plaintiff's Reply in support of her Motion for Summary Judgment (Docket #50).

The Court being duly and sufficiently advised, the Defendants' Motion for Leave to File a Surreply is **GRANTED**. The surreply attached to Defendants' motion is deemed filed as of this date.